# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CASMIR GARCZYNSKI, JR. and LAURA GARCZYNSKI, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | NO. 08-5128 |
| COUNTRYWIDE HOME LOANS, INC. et al., | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 12th day of August, 2009, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that Defendant's Motion to Dismiss the Amended Complaint (Doc. No. 21) is GRANTED with prejudice. The Clerk shall close this case.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.